IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **8:18CR277** |
| v. | |
| ERIC EBERT, | **ORDER** |
| Defendant. | |

This matter is before the Court on the government's Motion for Dismissal (Filing No. 9). The government has moved to dismiss the Amended Petition for Offender Under Supervision (Filing No. 3) in this case. The government's motion is granted, and the Petition for Offender Under Supervision is dismissed without prejudice. Defendant Eric Ebert's term of supervised release is terminated.

IT IS SO ORDERED.

Dated this 22nd day of June 2022.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge